

**FILED**

NOV 2 7 2012

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| JACKIE TAYLOR, | ) | CV 12-72-H-DLC-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KATE MAJIVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

United States Magistrate Judge Keith Strong entered Findings and

Recommendation on October 16, 2012, and recommended dismissing Plaintiff

Jackie Taylor's Complaint because her allegations fail to state a claim for relief

against any of the named Defendants.  Plaintiff did not timely object to the

Findings and Recommendation, and so has waived the right to de novo review of

the record.  28 U.S.C. § 636(b)(1).  This Court will review the Findings and

Recommendation for clear error.  <u>McDonnell Douglas Corp. v. Commodore Bus.</u>

<u>Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is

left with a "definite and firm conviction that a mistake has been committed."

<u>United States v. Syrax</u>, 235 F.3d 422, 427 (9th Cir. 2000).

Ms. Taylor was advised by Court order that her case was subject to

dismissal for failure to state a claim upon which relief could be granted.  The

August 15, 2012 Order set forth instructions regarding the basics of stating claims

and gave her an opportunity to file an amended complaint using the court-

approved form.  Taylor did not follow these instructions.  After a review of Judge

Strong's Findings and Recommendation, I find no clear error.  Accordingly,

IT IS HEREBY ORDERED that Judge Strong's Findings and

Recommendation (doc. 9) are adopted in full.  Plaintiff's Complaint is

DISMISSED for failure to state a claim upon which relief may be granted.

The Clerk of Court is directed to close this matter and enter judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the docket shall reflect that the Court

certifies pursuant to Fed.R.App.P. 24(a)(3)(A) that any appeal of this decision

would not be taken in good faith.  The record makes plain that Ms. Taylor's failure

to state a claim is so clear no reasonable person could suppose an appeal would

have merit.

DATED this **27**th day of November, 2012.

Dana L. Christensen, District Judge
United States District Court